No. 83–2004. MATSUSHITA ELECTRIC INDUSTRIAL CO., LTD., ET AL. *v.* ZENITH RADIO CORP. ET AL. C. A. 3d Cir. [Certiorari granted, 471 U. S. 1002.] Motion of petitioners to dispense with printing the joint appendix granted and counsel shall file with the Clerk nine copies of the record that was before the United States Court of Appeals for the Third Circuit. Motion of the Solicitor General for leave to participate in oral argument as *amicus curiae,* for divided argument, and for additional time for oral argument denied.

No. 84–1531. MICHIGAN *v.* JACKSON. Sup. Ct. Mich. [Certiorari granted, 471 U. S. 1124.] Motion for appointment of counsel granted, and it is ordered that James Krogsrud, Esquire, of Detroit, Mich., be appointed to serve as counsel for respondent in this case.

No. 84–1539. MICHIGAN *v.* BLADEL. Sup. Ct. Mich. [Certiorari granted, 471 U. S. 1124.] Motion for appointment of counsel granted, and it is ordered that Ronald J. Bretz, Esquire, of Lansing, Mich., be appointed to serve as counsel for respondent in this case.

No. 84–1745. SCHILLING, COMMISSIONER OF SAVINGS AND LOAN ASSOCIATIONS FOR ILLINOIS *v.* TELEGRAPH SAVINGS · & LOAN ASSOCIATION OF CHICAGO ET AL. Sup. Ct. Ill.; and

No. 84–1747. SHOULTZ *v.* MONFORT OF COLORADO, INC., ET AL. C. A. 10th Cir. The Solicitor General is invited to file briefs in these cases expressing the views of the United States.

No. 84–1803. ATTORNEY GENERAL OF NEW YORK *v.* SOTO-LOPEZ ET AL. Appeal from C. A. 2d Cir. Probable jurisdiction noted.

No. 84–1725. UNITED STATES *v.* CITY OF FULTON ET AL. C. A. Fed. Cir. Certiorari granted.